**Andrew G. GLADNEY, Respondent,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

**No. ED 81221.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 30, 2003.

---

1. Unless otherwise noted, all statutory references are to RSMo 2000.

235

Megan Kelley Pauly, Louis, MO, for appellant.

Mark W. Hagemeister, Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, SR. J.

### ORDER

PER CURIAM.

The Director of Revenue appeals the reinstatement of Andrew Gladney's license. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum setting forth the reasons for our decision for their use only. The judgment is affirmed pursuant to Rule 84.16(b).